IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF MISSISSIPPI
EASTERN DIVISION

CHIQUITA LIPKINS AND
TABARIS LIPKINS                                                                          PLAINTIFFS

VS.                                                           CIVIL ACTION NO. 4:09-cv-00045-DPJ-JCS

COLONIAL LIFE AND ACCIDENT
INSURANCE COMPANY                                                                        DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing, and the Court being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED AND ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of September, 2009.

                                                  s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE

AGREED:

*s/R. Gregg Rogers*
Attorney for Plaintiffs

*s/Ford Bailey*
Attorney for Defendant